■ DEBRA M. WEBB, Individually and as Administratrix of the Estate of RONALD W. WEBB, Deceased, Respondent, v CONSOLIDATED RAIL CORPORATION, Appellant.—Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on or about January 10, 1991, which denied defendant's motion to change venue from New York County to Herkimer County for the convenience of witnesses, pursuant to CPLR 510 (3), unanimously affirmed, without costs.

Under the facts and circumstances of this case and the length of time which has expired since commencement of the action, we find no abuse of discretion. Concur—Murphy, P. J., Milonas, Ellerin, Ross and Rubin, JJ.